JUDGE SPRIZZO

08 CV 3787

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JNC INC.

                Petitioner,

       -against-

DIGITAL WORLD CARD, INC.,

                Respondent.

------------------------------------ x

Civil Action No.

FRCP 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for JNC Inc. certifies the following with respect to corporate parents, affiliates and/or subsidiaries:

1. JNC Card Inc. was a subsidiary of JNC Inc. JNC Card Inc. became JNC System Service Inc. in May of 2007. These businesses operate primarily in Japan.
2. Gold International Inc. was an acting agent of JNC Card Inc.
3. No publicly traded corporation owns more than ten percent of the stock of JNC Inc.

Dated: New York, New York
       April 21, 2008

_____
Todd A. Higgins, Esq. (TH-7920)
CROSBY & HIGGINS LLP
350 Broadway, Suite 300
New York, NY 10013
Tel: (646) 452-2300
Fax: (646) 452-2301
THIGGINS@crosbyhiggins.com
*Attorneys for Petitioner*