UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JNC INC.

                Petitioner,

    -against-

DIGITAL WORLD CARD, INC.,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 08 CV 3787
(JES/THK)

Affidavit of Service

       The undersigned being duly sworn, affirms under penalties of perjury that on April 22, 2008, she caused the attached Petition to Confirm Arbitration Award to be served upon Respondent by placing a true and complete copy thereof in an envelope in the custody of Federal Express addressed as follows to the following addresses of record for Respondent:

Digital World Card, Inc.
140 Broadway, 46th Floor
New York, NY 10005

Digital World Card, Inc.
c/o American Incorporators, Ltd.
1220 North Market Street
Wilmington, DE 19801

                                                  _____
                                                  Carolyn Klos
                                                  350 Broadway, Suite 300
                                                  New York, New York 10013
                                                  Ph: (646) 452-2300

Sworn to me this 22nd
day of April 2008:

_____
Dayton P. Haigney
*NOTARY PUBIC,* State of New York
No. 02HA5073459
Qualified in New York County
Commission Expires 2/24/11