UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JNC INC.

                Petitioner,

      -against-

DIGITAL WORLD CARD, INC.,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 08 CV 3787
             (JES/THK)

Affidavit of Service

TO THE CLERK OF THE COURT:

    Please enter my appearance on behalf of the petitioner, JNC, Inc.  I am associated with

Crosby & Higgins LLP, counsel of record to the petitioner.   I am entitled to receive electronic

notifications of activity on the case.  I certify that I am admitted to practice law before this Court.


Dated:      New York, New York
            May 7, 2008


                              CROSBY HIGGINS LLP

By:                      
                              Dayton P. Haigney, III (DH 3455)
                              350 Broadway, Suite 300
                              New York, NY  10013
                              Ph: (646) 452-2300
                              Fx: (646) 452-2301
                              dhaigney@crosbyhiggins.com
                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The respondent has not appeared by counsel. I have e-mailed a copy of this notice of appearance to Joseph LaCroix at Digital World Card (JOE.LACROIX@digitalworldcard.com)

/s/ Dayton P. Haigney, III
Dayton P. Haigney, III (DH 3455)
Crosby & Higgins, LLP
350 Broadway, Suite 300
New York, New York 10013
Ph: (646) 452-2300
Fax: (646) 542-2301
dhaigney@crosbyhiggins.com
*Attorneys for Plaintiff*