```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JNC INC.,

                      Petitioner,

        - against -                        08 Civ. 3787 (JES)

DIGITAL WORLD CARD, INC.,                       ORDER

                      Respondent.
----------------------------------------X
```

Counsel to petitioner in the above-captioned action having appeared before the Court for a Pre-Trial Conference on May 8, 2008, and counsel to respondent having failed to appear at such Conference, and petitioner having submitted a Petition to Confirm Arbitration Award dated April 22, 2008, and the Court having considered all matters raised, it is

**ORDERED** that, as discussed at the aforementioned Conference, respondent shall submit its Response to petitioner's Petition, not to exceed twenty five (25) pages, on or before May 22, 2008; and it is further

**ORDERED** that petitioner shall submit its Reply to respondent's Response, limited to the issues raised therein, not to exceed ten (10) pages, on or before June 5, 2008; and it is further

**ORDERED** that Oral Argument shall occur on June 10, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated: New York, New York
       May  13 , 2008

                                    _____
                                         John E. Sprizzo
                                    United States District Judge